

# Fourth Court of Appeals
## San Antonio, Texas

June 12, 2014

No. 04-14-00274-CR

Perry Ellis **MAYFIELD**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 79th Judicial District Court, Brooks County, Texas
Trial Court No. 11-07-10728-CR
Honorable Richard C. Terrell, Judge Presiding

# O R D E R

The trial court signed a judgment on January 30, 2014. The clerk's record was due to be filed with this court by May 30, 2014. *See* TEX. R. APP. P. 35.1(a). On June 5, 2014, the district clerk notified this court that the clerk's record was not filed because appellant has failed to pay or make arrangements to pay the clerk's fee for preparing the record and that appellant is not entitled to appeal without paying the fee.

It is therefore ORDERED that appellant provide written proof to this court within ten days of the date of this order that either (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee, or (2) appellant is entitled to appeal without paying the clerk's fee. If appellant fails to respond within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of June, 2014.

_____
Keith E. Hottle
Clerk of Court